AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT
for the
District of Arizona

```
FILED        LODGED
RECEIVED     COPY

OCT 2 2 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY
```

| | |
|---|---|
| United States of America<br>v.<br><br>Linh Cao Nguyen<br>*Defendant* | ) <br> ) <br> ) Case No.  CR-21-02716-001-TUC-JCH (LCK)<br> ) <br> ) <br> ) <br> ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)*   Linh Cao Nguyen

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:1347 Health Care Fraud (1); 18:1035 False Statement Relating to a Health Care Matter (2-44);
18:1028 Aggravated Identity Theft (45-50).

*Issuing officer's signature*

City and state:   Tucson, Arizona        ISSUED ON 8:28 am, Oct 21, 2021        D. Curiel, Deputy Clerk
                                        s/ Debra D. Lucas, Clerk              *Printed name and title*

### Return

| This warrant was received on *(date)*  10/21/2021   , and the person was arrested on *(date)*  10/21/2021 |
|---|
| at *(city and state)*     Surprise, Arizona |
| Date:   10/21/2021 |

ROBERT WADDELL
Digitally signed by ROBERT WADDELL
Date: 2021.10.21 13:12:23 -07'00'
*Arresting officer's signature*

Robert Waddell, Special Agent
*Printed name and title*

cc: AUSA, PTS, USMS